IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AFP MANAGEMENT CORP./
FLORIDA PREFERRED
ADMINISTRATORS, INC.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D14-0824

v.

JOSE MARTINEZ,

     Appellee.

_____/

Opinion filed September 24, 2014.

An appeal from an order of the Judge of Compensation Claims.
Robert D. McAliley, Judge.

Date of Accident: May 5, 2013

Ben H. Cristal and Michael L. Cantrell of Cristal Law Group, Tampa, for Appellant.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, Steven Miller of
Kaplan & Miller, P.A., Coral Gables, for Appellee.

PER CURIAM.

     AFFIRMED.

CLARK, WETHERELL, and MAKAR, JJ., CONCUR.